UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

MARIA MORALES,

    Plaintiff,

v.                                               Case No.:  2:25-cv-81-SPC-NPM

JUAN L. PEREZ, MARIA PEREZ,
and EL GRAN TACO INC.,

    Defendants.
_____/

## ORDER

This matter comes before the Court after review of the docket. Plaintiff Maria Morales filed her complaint on January 31, 2025. (Doc. 1). A few days later, the Court entered its Civil Action Order. (Doc. 4). That Order describes the Court's service-of-process procedures. It instructs:

> If a responding party named in a complaint, a third-party complaint, or an answer with a counterclaim or crossclaim, remains unserved 112 days after the filing of any such pleading, then the party or parties responsible for effecting—or obtaining a waiver of—service of process, must show cause by that date why the unserved party should not be dropped for lack of service. *See also* Local Rule 1.10(a) (requiring proof of service within 21 days after service). **A failure to promptly show cause why proof of service cannot be timely filed may result in a party being dropped from this action without further notice.**

(Doc. 4 at 1–2 (emphasis in original)). The proof-of-service deadline was May 23, 2025.

On March 31, 2025, Plaintiff filed a return of executed service as to Defendant El Gran Taco, Inc. (Doc. 8). The Court observed, however, that "the process server did not serve its registered agent or effect service at the registered agent's address." (Doc. 9). And "the return of executed service states that the summons was served at a residence to a co-resident at 301 New Market Road W., Immokalee, Florida 34142, but this is the business address for El Gran Taco." (*Id*.). So the Court ordered Plaintiff to explain whether El Gran Taco has been properly served. (*Id*.).

Plaintiff—who is represented by counsel—failed to respond to the Court's Order and address whether she properly served El Gran Taco. Nor has she provided any proof of service for Defendants Juan L. Perez and Maria Perez, and the deadline to do so has passed. Given her noncompliance with both the Civil Action Order and the Court's show-cause Order and her failure to prosecute this action, the Court dismisses her complaint. Accordingly, it is

**ORDERED:**

(1) The Complaint (Doc. 1) is **DISMISSED without prejudice.**

(2) The Clerk is **DIRECTED** to deny any pending motions as moot, terminate any deadlines, and close the case.

**DONE** and **ORDERED** in Fort Myers, Florida on May 27, 2025.

*[Signature]*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record